Form 199 – ntcreschfstmtg

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–21406–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Terrence A. Curran
   9 South Dudley Ave.
   Ventnor City, NJ 08406

Social Security No.:
   xxx–xx–1949

Employer's Tax I.D. No.:

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
## AND RESCHEDULING OF MEETING
## OF CREDITORS

    NOTICE IS HEREBY GIVEN that Douglas S. Stanger was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Brian Thomas.

    ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:          9/28/17
Time:         09:30 AM
Location:    1423 Tilton Road, Suite 5, Northfield, NJ 08225

    Please note, all previously scheduled deadlines remain the same.


Dated: August 14, 2017
JAN:

                                                                      Jeanne Naughton
                                                                       Clerk